**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

| | | |
|---|---|---|
| **THE LIBERTARIAN PARTY OF** | **:** | **Case No. 3:15-CV-86 GFVT** |
| **KENTUCKY,** *et. al.* | | |
| | **:** | *Electronically Filed* |
| **Plaintiffs** | | |
| | **:** | |
| **v.** | | |
| | **:** | |
| **ALISON LUNDERGAN GRIMES,** | | |
| **et. al.** | **:** | |
| | | |
| **Defendants** | **:** | |

**PLAINTIFFS' MOTION FOR EMERGENCY STATUS CONFERENCE[1]**

Plaintiffs desire and move for an emergency status conference with the Court.  The

grounds are set forth in the accompanying Memorandum in Support, which is incorporated by

reference herein.  A proposed order is likewise attached.

Respectfully submitted,

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)
Robert A. Winter, Jr.
Paul Darpel (KBA 84989)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
859/486-6850 (v)
513/257-1895 (c)
859/495-0803 (f)
chris@cwiestlaw.com

/s/ Thomas Bruns_____
Thomas B. Bruns (KBA 84985)
FREUND, FREEZE & ARNOLD
Chamber Office Park

---

[1] At the outset, we informed Defendants' Counsel that we would be filing this Motion with an eye towards this being a joint motion.  But, perhaps perceiving some tactical advantage in a delayed decision, they did not elect to join in its filing.

2400 Chamber Center Drive, Ste 200
Ft. Mitchell, KY 41017
Phone: (859) 292-2088
Fax: (859) 261-7602
tbruns@ffalaw.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that I have sent a copy of the foregoing to all counsel of record via filing in the Court's
CM/ECF system, which provides notice and service of same to each party of record, this  5\_\_\_
day of July, 2016.

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)

2