UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

THE LIBERTARIAN PARTY OF KENTUCKY, et al.,

    Plaintiffs,

V.

ALISON LUNDERGAN GRIMES, et al.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)

Civil No. 3:15-cv-00086-GFVT

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Opinion and Order entered contemporaneously herewith, it is hereby **ORDERED** and **ADJUDGED** as follows:

    1.    Judgment is entered in favor of the Defendants with respect to all issues raised in this proceeding;

    2.    Any pending motions [R. 43] are **DENIED**; as **MOOT**;

    3.    This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

    3.    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 8th day of July, 2016.

Gregory F. Van Tatenhove
United States District Judge